# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2700
LT Case No. 2018-CF-003409-A

_____

BERNARD PEDREIRA,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Matthew J. Metz, Public Defender, and Zachary Wiseman, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam Jr., Assistant Attorney General, Daytona Beach, for Appellee.

October 8, 2024

PER CURIAM.

In this *Anders** appeal, we affirm Appellant's conviction and sentence, but we conclude that the State has not made a showing

_____

* *Anders v. California*, 386 U.S. 738 (1967).

justifying the imposition of a cost of prosecution in excess of $100, and the $150 cost of prosecution should therefore be stricken. *See* § 938.27(8), Fla. Stat. (2017); *Chivese v. State*, 295 So. 3d 324 (Fla. 5th DCA 2020). In addition, we conclude that the court's third assessment of a $201 domestic violence surcharge also must be stricken because the applicable count did not qualify for the assessment. *See* § 938.08, Fla. Stat. (2017). On remand, the trial court shall enter an amended cost judgment that omits the third domestic violence surcharge assessment, and the court shall either assess the mandatory minimum cost of $100 for the cost of prosecution under section 938.27, or hold an evidentiary hearing with proper notice that provides Appellant with an opportunity to be heard if the court intends to impose a cost in excess of the minimum $100 for the cost of prosecution. Appellant's "motion to vacate motion for extension of time to file initial brief," filed July 15, 2024 (mailbox rule), treated as a notice of withdrawal of Appellant's motion for extension of time, is ACCEPTED and his motion for extension of time is deemed withdrawn.

AFFIRMED; REMANDED with directions.

WALLIS, MACIVER, and PRATT, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––

2